Benjamin M. Lopatin, Esq.
Cal. Bar No. 281730
*lopatin@hwrlawoffice.com*
**THE LAW OFFICES OF
HOWARD W. RUBINSTEIN, P.A.**
One Embarcadero Center
Suite 500
San Francisco, CA 94111
Tel: (800) 436-6437
Fax: (415) 692-6607

Attorney for Plaintiff Phillip Brattain

**ARNOLD & PORTER LLP**
Monty Agarwal (191568)
monty.agarwal@aporter.com
Jonathan L. Koenig (281737)
jonathan.koenig@aporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: +1 415.471.3100
Facsimile: +1 415.471.3400

Attorneys for Defendant
SAFEWAY INC.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **PHILLIP BRATTAIN**, <br><br> Plaintiff, <br><br> v. <br><br> **SAFEWAY, INC.**, <br><br> Defendant. | Case No. 12-CV-05171-EMC <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** ; ORDER <br><br> **[FED. R. CIV. P. 41 (A)(1)(A)(ii)]** |

STIPULATION OF DISMISSAL WITH PREJUDICE         Case No. CV 12-05171-EMC

WHEREAS, the parties have agreed that this matter may be dismissed with prejudice by the Clerk of Court.

WHEREAS, the Parties have agreed to waive any and all costs of this action.

**THEREFORE, IT IS HEREBY STIPULATED THAT:**

1. This matter is hereby dismissed with prejudice; and
2. All costs of this action are waived by both Parties.

DATED: May 20, 2013                         **Respectfully Submitted,**

By: /s/ Benjamin M. Lopatin
Benjamin M. Lopatin, Esq.

Attorney for Plaintiff
Phillip Brattain

DATED: May 20, 2013                         **Respectfully Submitted,**

By: /s/ Monty Agarwal
Monty Agarwal

Attorneys for Defendant
SAFEWAY INC.

### **ATTESTATION**

I, Benjamin M. Lopatin, do hereby declare that concurrence in the filing of the foregoing document has been obtained from Monty Agarwal on this 20th day of May, 2013.

/s/ Benjamin M. Lopatin
Benjamin M. Lopatin

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District

STIPULATION OF DISMISSAL WITH PREJUDICE        Case No. CV 12-05171-EMC